KULIK GOTTESMAN & SIEGEL, LLP
  Glen L. Kulik, Esq. (SBN 082170)
  Natalie N. Mutz, Esq. (SBN 273381)
  Patricia Brum, Esq. (SBN 296629)
15303 Ventura Boulevard, Suite 1400
Sherman Oaks CA  91403
Tel:   (310) 557-9200; (818) 817-3600
Fax:  (310) 557-0224
gkulik@kgslaw.com; nmutz@kgslaw.com

Attorneys for Plaintiff
Terry T. Gerritsen

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY T. GERRITSEN, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>WARNER BROS. ENTERTAINMENT, INC., A Delaware corporation; KATJA MOTION PICTURE CORP., a California Corporation; and NEW LINE PRODUCTIONS, INC., a  California corporation,<br><br>                    Defendants. | Case No. CV14-3305-MMM (CWx)<br><br>[Hon. Margaret M. Morrow]<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)** |

{00269010;1}         00264965;1}

1         Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

2    Plaintiff Terry T. Gerritsen hereby dismisses the present action in its entirety without

3    prejudice.

4

5    Dated:  June 29, 2015              KULIK GOTTESMAN & SIEGEL LLP

6

7                            By:   /s/ *Glen L. Kulik*

8                                   Glen L. Kulik

9                                   Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28